United States District Court

Eastern District of California

Gerald Spence,

       Plaintiff,

vs.

J. S. Woodford, et al.,

       Defendants.

No. Civ. S 05-0188 LKK PAN P

Order

-oOo-

January 28, 2005, plaintiff, a prisoner without counsel, submitted a complaint without the filing fee or an application for leave to proceed in forma pauperis. February 9, 2005, the court gave plaintiff 30 days either to pay the filing fee or to submit a motion for leave to proceed in forma pauperis. March 7, 2005, plaintiff submitted the required papers. March 9, 2005, the court made an amended order to reflect the correct filing fee and, through clerical oversight, gave plaintiff time to pay the filing fee or seek leave to proceed in forma pauperis. April 28,

2005, the court granted plaintiff leave to proceed in forma pauperis, found plaintiff stated a claim against some defendants but not others and gave plaintiff time either to file an amended complaint or to proceed with service of process on some defendants.

May 9, 2005, plaintiff notified the court he believes he never sought leave to proceed in forma pauperis because he decided not to pursue this action.

Accordingly, the April 28, 2005, order is vacated. The clerk of the court is directed to close this file.

So ordered.

Dated: July 12, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge